1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  LIPTON et al

12                Plaintiff(s),
13       v.
14  INTEL CORPORATION

15                Defendant(s).
16  _____/

No. C -05-02669

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/5/05

Signature _____

Counsel for Plaintiffs _____
(Plaintiff, Defendant, or indicate "pro se")