LAW OFFICES OF JEFFREY F. KELLER
JEFFREY F. KELLER (Bar No. 148005)
KATHLEEN R. SCANLAN (Bar No. 197529)
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. LIPTON and DANA F. THIBEDEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | No. c-05-02669 (EDL)<br><br>**PROOF OF SERVICE** |

- 1 -

PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action; my business address is 425 Second Street, Suite 500 San Francisco, CA 94612, in said County and State, I served:

**DECLINATION TO PROCCED BOEFORE A MAGISTRATE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown below:

Intel Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

MANNER OF SERVICE:

XX  (BY MAIL) I placed a true copy in a sealed envelope addressed as indicated above this date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of affidavit.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 5, 2005, at San Francisco, California.

_____
Mathew Talbot