**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**July 6, 2005**

**CASE NUMBER:  CV 05-02669 EDL**
**CASE TITLE:  DAVID E. LIPTON-v-INTEL CORPORATION**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately after the

case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/6/05

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies  
Log Book Noted

Special Projects  
Entered in Computer 7/6/05AS

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel

Transferor CSA

Case 3:05-cv-02789-JWHP Document 88  Filed 07/06/2006  Page 2 of 2