FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs Michael Brauch and
Andrew Meimes
(N.D. Cal. Case No. C:05-2743 (BZ))
(Additional Counsel are listed on Signature Page)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID E. LIPTON, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, a Delaware corporation, <br><br> Defendant. | CIVIL ACTION NO. C:05-2669 (MHP) <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

      Pursuant to Local Rule 3-12(b), plaintiffs Michael Brauch and Andrew Meimes, the plaintiffs in *Brauch v. Intel Corp.,* No. C:05-2743 (BZ) (N.D. Cal., filed July 5, 2005) ("*Brauch*") hereby notify the Court and all counsel of their belief that the following are "related cases" within the meaning of Local Rule 3-12(a): (1) *Brauch*; (2) *Konieczka v. Intel Corp.*, No. C:05-2700 (MHP) (N.D. Cal., filed June 30, 2005) ("*Konieczka*"); (3) *Prohias v. Intel Corp.,* No. C:05-2699 (JL) (N.D. Cal., filed June 30, 2005) ("*Prohias*"); (4) *Niehaus v. Intel Corp.,* No. C:05-2720 (JCS) (N.D. Cal., filed July 1, 2005) ("*Niehaus*"); (5) *Hamilton v. Intel Corp.,* No. C:05-2721 (JCS) (N.D. Cal., filed July 1, 2005) ("*Hamilton*"); (6) *Baxley v. Intel Corp.,* No. C:05-2758 (EMC) (N.D. Cal., filed July 6, 2005) ("*Baxley*"); and (7) *Lipton v. Intel Corp.,* No. C:05-2669 (MHP) (N.D. Cal., filed June 29, 2005) ("*Lipton").*

      This administrative motion is made on the grounds that the plaintiffs in *Konieczka, Prohias, Nichaus, Baxley, Hamilton, Lipton* and *Brauch* filed substantially similar

56449.1
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

class action complaints against the same defendant, Intel Corporation ("Intel") and allege essentially the same antitrust conduct. Relating these seven cases pursuant to Local Rule 3-12 will advance the convenience of the parties, witnesses and counsel, will avoid the risk of duplicative or inconsistent rulings, orders and judgments and will serve the interests of justice.[1]

Based on the foregoing, the undersigned respectfully submit that the assignment of these actions to a single judge will conserve judicial resources and promote an efficient determination of the actions. A proposed form of order accompanies this motion.

Dated: July 7, 2005         Respectfully submitted,

By: /s/ Michael P. Lehmann
    Michael P. Lehmann
    Thomas P. Dove
    Alex C. Turan
    The Furth Firm, LLP
    225 Bush Street, 15th Floor
    San Francisco, California 94104-4249
    Telephone: (415) 433-2070
    Facsimile: (415) 982-2076

    Francis O. Scarpulla (41059)
    Law Offices Of Francis O. Scarpulla
    44 Montgomery Street, Suite 3400
    San Francisco, CA 94104
    Telephone: (415) 788-7210
    Facsimile: (415) 788-0707

    Craig C. Corbitt (83251)
    Zelle Hofmann Voelbel Mason & Gette, LLP
    44 Montgomery Street, Suite 3400
    San Francisco, CA 94104
    Telephone: (415) 693-0700
    Facsimile: (415) 693-0770

    Attorneys for Plaintiffs Michael Brauch and Andrew Meimes
    (N.D. Cal. Case No. C:05-2743 (BZ))

---

[1] The undersigned counsel has communicated with Hagens Berman Sobol Shapiro LLP, one of the counsel for plaintiffs in these other cases and it does not oppose treating them as related cases. No counsel has yet made an appearance for Intel in any of these cases, so its concurrence has not been obtained.

56449.1                                    -2-
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED