1  FREDERICK P. FURTH (No. 38438)
   MICHAEL P. LEHMANN (No. 77152)
2  THOMAS P. DOVE (No. 51921)
   ALEX C. TURAN (No. 227273)
3  THE FURTH FIRM LLP
   225 Bush Street, 15th Floor
4  San Francisco, California 94104-4249
   Telephone: (415) 433-2070
5  Facsimile: (415) 982-2076

6  Attorneys for Plaintiffs Michael Brauch and
   Andrew Meimes
7  (N.D. Cal. Case No. C:05-2743 (BZ))
   (Additional Counsel are listed on Signature Page)

8
   **IN THE UNITED STATES DISTRICT COURT**
9
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
   **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| DAVID E. LIPTON, et al., on behalf of themselves and all others similarly situated, | CIVIL ACTION NO. C:05-2669 (MHP) |
| Plaintiffs, | **DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | |
| INTEL CORPORATION, a Delaware corporation, | |
| Defendant. | |

18  1. I am counsel of record for plaintiffs Michael Brauch and Andrew Meimes in

19  the case of *Brauch v. Intel Corp.,* No. C:05-2743 (BZ) (N.D. Cal., filed July 5, 2005)

20  ("*Brauch*").

21  2. I submit this declaration pursuant to Civ. Local Rule 7-11(a) in support of

22  the *Brauch* plaintiffs' motion to have the *Brauch* case and the cases of *Konieczka v. Intel*

23  *Corp.*, No. C:05-2700 (MHP) (N.D. Cal., filed June 30, 2005) ("*Konieczka*"); *Prohias v. Intel*

24  *Corp.,* No. C:05-2699 (JL) (N.D. Cal., filed June 30, 2005) ("*Prohias*"); *Niehaus v. Intel*

25  *Corp.,* No. C:05-2720 (JCS) (N.D. Cal., filed July 1, 2005) ("*Niehaus*"); *Hamilton v. Intel*

26  *Corp.,* No. C:05-2721 (JCS) (N.D. Cal., filed July 1, 2005) ("*Hamilton*"); *Baxley v. Intel*

27  *Corp.,* No. C:05-2758 (EMC) (N.D. Cal., filed July 6, 2005) ("*Baxley*"); and *Lipton v. Intel*

28

56536.1
DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

*Corp.,* No. C:05-2669 (MHP) (N.D. Cal., filed June 29, 2005) ("*Lipton*") treated as related cases within the meaning of Civ. Local Rule 3-12(a).

3. I contacted attorneys at the firm of Hagens Berman Sobol Shapiro LLP, who represent the plaintiffs in the cases other than *Brauch* listed above and they have agreed that these cases should be treated as related cases.

4. I have not been able to contact anyone representing Intel Corporation. To the best of my knowledge, no counsel has made an appearance on its behalf in any of these cases.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of July, 2005 in San Francisco, California.

By: /s/ Michael P. Lehmann
Michael P. Lehmann

56536.1 -2-
DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED