| | |
|---|---|
| 1 | FREDERICK P. FURTH (No. 38438) |
| | MICHAEL P. LEHMANN (No. 77152) |
| 2 | THOMAS P. DOVE (No. 51921) |
| | ALEX C. TURAN (No. 227273) |
| 3 | THE FURTH FIRM LLP |
| | 225 Bush Street, 15th Floor |
| 4 | San Francisco, California 94104-4249 |
| | Telephone: (415) 433-2070 |
| 5 | Facsimile: (415) 982-2076 |
| 6 | Attorneys for Plaintiffs Michael Brauch and |
| | Andrew Meimes |
| 7 | (N.D. Cal. Case No. C:05-2743 (BZ)) |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| DAVID E. LIPTON, et al., on behalf of themselves and all others similarly situated, | ) ) ) | CIVIL ACTION NO. C:05-2669 (MHP) |
| Plaintiffs, | ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

56543.1

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;
2. DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;
3. [PROPOSED] RELATED CASE ORDER; and
4. CERTIFICATE OF SERVICE.

☑ **By Electronic Filing**: I caused each document listed above to be transmitted to all parties registered for electronic filing in this matter.

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

CT Corporation System
818 West Seventh Street
Los Angeles, CA  90017

Agent for Service of Process for
    Defendant Intel Corporation

Executed on July 7, 2005, at San Francisco, California.

Signed /s/ Robert L. Newman

56543.1

CERTIFICATE OF SERVICE