```
 1  FREDERICK P. FURTH (No. 38438)
    MICHAEL P. LEHMANN (No. 77152)
 2  THOMAS P. DOVE (No. 51921)
    ALEX C. TURAN (No. 227273)
 3  THE FURTH FIRM LLP
    225 Bush Street, 15th Floor
 4  San Francisco, California 94104-4249
    Telephone: (415) 433-2070
 5  Facsimile:  (415) 982-2076

 6  Attorneys for Plaintiffs Benjamin Allanoff, Lazio Family Products, Law Offices of Laurel
    Stanley and William F. Cronin
 7  (Additional Counsel are listed on Signature Page)
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| DAVID E. LIPTON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CIVIL ACTION NO. C:05-2669 (MHP)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
|---|---|

Pursuant to Local Rule 3-12(b), plaintiffs in the cases of *Allanoff v. Intel Corp.*, No. C:05-2834 (MMC) (N.D. Cal., filed July 12, 2005) ("*Allanoff*"); *Lazio Family Products v. Intel Corp.,* No. C:05-2859 (WHA) (N.D. Cal., filed June 13, 2005) ("*Lazio*"); and *Stanley, et al. v. Intel Corp.,* No. C:05-2858 (EDL) (N.D. Cal., filed July 13, 2005) ("*Stanley*")[1] hereby notify the Court and all counsel of their belief that their three cases are "related cases" within the meaning of Local Rule 3-12(a). (1)

This administrative motion is made on the grounds that the plaintiffs in *Allanoff, Stanley* and *Lazio* filed substantially similar class action complaints against the same defendant, Intel Corporation ("Intel") and allege essentially the same antitrust conduct. Relating these two cases pursuant to Local Rule 3-12 will advance the convenience of the parties, witnesses and

---

[1] Plaintiffs in *Brauch v. Intel Corp.,* No. C:05-2743 (BZ) filed a similar motion on July 7, 2005. This motion relates to cases filed since then.

56713.1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Case 3:05-cv-02669-JWHP Document 88-124 Filed 07/14/2006 Page 22 of 22

counsel, will avoid the risk of duplicative or inconsistent rulings, orders and judgments and will serve the interests of justice.[2]

Based on the foregoing, the undersigned respectfully submit that the assignment of these actions to a single judge will conserve judicial resources and promote an efficient determination of the actions. A proposed form of order accompanies this motion.

Dated: July 14, 2005

Respectfully submitted,

By:   /s/ Michael P. Lehmann
Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
The Furth Firm, LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Francis O. Scarpulla (41059)
Law Offices Of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0707

Craig C. Corbitt (83251)
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Steven Greenfogel
Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 564-5182
Facsimile: (215) 569-0958

Attorneys for Plaintiffs Joseph Allanoff, Lazio Family Products, Law Offices of Laurel Stanley and William F. Cronin

---

[2] The undersigned counsel has communicated with counsel for plaintiffs in this case, and they do not oppose treating them as related cases. No counsel has yet made an appearance for Intel in any of these cases, so its concurrence has not been obtained.

56713.1            -2-
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED