FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs Benjamin Allanoff, Lazio Family Products, Law Offices of Laurel Stanley and William F. Cronin
(Additional Counsel are listed on Signature Page)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. LIPTON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CIVIL ACTION NO. C:05-2669 (MHP)<br><br>**DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1. I am counsel of record for plaintiffs in the cases of *Allanoff v. Intel Corp.*, No. C:05-2834 (MMC) (N.D. Cal., filed July 12, 2005) ("*Allanoff*"); *Lazio Family Products v. Intel Corp.*, No. C:05-2859 (WHA) (N.D. Cal., filed July 13, 2005) ("*Lazio*"); and *Stanley, et al. v. Intel Corp.*, No. C:05-2858 (EDL) (N.D. Cal., filed July 13, 2005) ("*Stanley*").

2. I submit this declaration pursuant to Civ. Local Rule 7-11(a) in support of these plaintiffs' motion to have the cases treated as related cases within the meaning of Civ. Local Rule 3-12(a).

3. I contacted attorneys at the firm of Hagens Berman, counsel for the plaintiffs in this case and they have agreed that these cases should be treated as related cases.

56714.1
DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1      4. I have not been able to contact anyone representing Intel Corporation. To the best of my knowledge, no counsel has made an appearance on its behalf in any of these cases.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of July, 2005 in San Francisco, California.

           By:      /s/ Michael P. Lehmann
                    Michael P. Lehmann

56714.1      -2-

DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED