```
 1  Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
 2  CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
 3  Three Embarcadero Center
    San Francisco, CA 94111-4067
 4  Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
 5
    Attorneys for Defendant
 6  Intel Corporation
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11
12  DAVID E. LIPTON and DANA F.              No. C-05-2669
    THIEBEDEAU, individually and on behalf of all
13  others similarly situated,                STIPULATION AND [PROPOSED]
                                              ORDER TO CONTINUE FILING DATE
14             Plaintiffs,                    FOR DEFENDANT'S RESPONSE TO
        v.                                    PLAINTIFFS' COMPLAINT
15
    INTEL CORPORATION, a Delaware
16  corporation,
17             Defendant.
18
```

19            IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20  COUNSEL AS FOLLOWS:

21            Pursuant to Civil Local Rule 6-2, Plaintiffs David E. Lipton and Dana F.

22  Thibedeau and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to

23  Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

24  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

25  1407 or, in the alternative, 45 days after any such motion has been denied. The parties request

26  this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D.

1 Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-
2 trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified as a
3 related action to that petition. As a result the outcome of the pending petition will impact
4 significantly the schedule of this case.
5       This is the first stipulation between the parties. Because this litigation has just
6 begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7 IT IS HEREBY STIPULATED.
   DATED: July 19, 2005
8
9                       Bingham McCutchen LLP
10
11
12                       By: _____
                            JOY K. FUYUNO
13                             Attorneys for Defendant
                            Intel Corporation
14
15
16                       Law Offices of Jeffrey F. Keller
17
18                       By: _____
19                             JEFFREY F. KELLER
                            Attorneys for Plaintiffs
20                   David E. Lipton and Dana F. Thiebedeau
21
22
23
24
25
26

1
2 **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**
3      IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
4 Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
5 pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
6 1407, or, in the alternative, 45 days after any such motion has been denied.
7 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8 Dated: July _____, 2005
9
10                                                                 Honorable Marilyn Hall Patel
                                                                    United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

---
3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21527213.1