ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
PETER E. BORKON S.B.N. 212596
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1660
San Francisco, California 94111
Telephone: (415) 788-4220
Fax: (415) 788-0161

*Attorneys for the Plaintiff,
and all others similarly situated*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. LIPTON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | **Case No. 3:05-2669-MHP**<br><br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>**[Civil L.R. 3-12]** |
| This Administrative Motion Relates to:<br><br>*Patrick Hewson v. Intel Corporation* | **Case No. 3:05-02916-SC** |

[Proposed] Order Relating Cases
Case No. 3:05-CV-02669-MHP

This matter came before the Court upon the motion of Plaintiff, Patrick J. Hewson, seeking to relate his case to *Lipton et al v. Intel Corporation,* Case No. 3:05-cv-02669-MHP. Good cause appearing, the action *Hewson v. Intel Corporation*, Case No. 3:05-CV-2916-SC is hereby related to this action for all purposes.

Dated: _____    _____
United States District Judge

SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
(415) 788-4220

Page 1