ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
PETER E. BORKON S.B.N. 212596
SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1660
San Francisco, California 94111
Telephone: (415) 788-4220
Fax: (415) 788-0161

*Attorneys for the Plaintiff,
and all others similarly situated*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. LIPTON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | **Case No. 3:05-2669-MHP**<br><br>**PROOF OF SERVICE** |
| This Document Relates To:<br><br>*Patrick Hewson v. Intel Corporation* | **Case No. 3:05-02916-SC** |

Proof of Service

## PROOF OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; and that I am employed at Schubert & Reed LLP, Two Embarcadero Center, Suite 1660, San Francisco, California 94111. I hereby certify that on the date set out below, copies of the following documents were filed electronically:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2. **DECLARATION OF PETER E. BORKON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

3. **[PROPOSED] ORDER RELATING CASES**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
steve@hbsslaw.com

Michael P. Lehmann
The Furth Firm LLP
mplehmann@furth.com

Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
elaine@hagens-berman.com

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
kscanlan@jfkellerlaw.com

Julie Greenwald
Bingham McCutchen LLP
julie.greenwald@bingham.com

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
tony@hbsslaw.com

Jeffrey F. Keller
Law Officces of Jeffrey F. Keller
jkeller@jfkellerlaw.com

I further hereby certify that on the date set out below I served a true copy of the documents listed above on the person listed below by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows:

SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
(415) 788-4220

Proof of Service

Michele C. Jackson, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street
Suite 3000
San Francisco, CA 94111

**Counsel for Plaintiffs in**
**Frazier et al v. Intel Corporation**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2005 in San Francisco, California.

_____
Jon Salmon

Proof of Service