# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:05-cv-02669-MHP

Lipton et al v. Intel Corporation
Assigned to: Hon. Marilyn H. Patel
Demand: $0
Cause: 15:1 Antitrust Litigation

Date Filed: 06/29/2005
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**David E. Lipton**                    represented by     **Jeffrey F. Keller**
Law Offices of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107
(415) 543-1305
Fax: 415-543-7861
Email: jfkeller@kellergrover.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony D. Shapiro**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: tony@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Elaine T. Byszewski**
Hagens Berman Sobol Shapiro LLP
700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101
213/330-7150
Fax: 213/330-7152
Email: elaine@hagens-berman.com
*ATTORNEY TO BE NOTICED*

**Kathleen R. Scanlan**
Law Offices of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107
415/543-1305
Fax: 415/543-7861
Email: kscanlan@jfkellerlaw.com
*ATTORNEY TO BE NOTICED*

**Lee M. Gordon**
Hagens Berman Sobol Shapiro LLP

700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101
213/330-7150
Fax: 213/330-7152
Email: lee@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana F. Thibedeau**                    represented by    **Jeffrey F. Keller**
*individually & on behalf of all others similarly*                    (See above for address)
*situated*                                                            *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Anthony D. Shapiro**
                                                                      Hagens Berman Sobol Shapiro LLP
                                                                      1301 Fifth Avenue
                                                                      Suite 2900
                                                                      Seattle, WA 98101
                                                                      206/623-7292
                                                                      Fax: 206/623-0594
                                                                      Email: tony@hbsslaw.com
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Elaine T. Byszewski**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Kathleen R. Scanlan**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Lee M. Gordon**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Steve W. Berman**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**                    represented by    **Christopher B. Hockett**
*a Delaware corporation*                                  Bingham McCutchen LLP
                                                          Three Embarcadero Center

San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: chris.hockett@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: joy.fuyuno@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Greenwald**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415/393-2000
Fax: 415/393-2286
Email: julie.greenwald@bingham.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Michael Brauch**                    represented by **Michael P. Lehmann**
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
415-433-2070
Fax: 415-982-2076
Email: mplehmann@furth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Andrew Meimes**                    represented by **Michael P. Lehmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Benjamin Allanoff**                represented by **Michael P. Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Mr. Patrick J. Hewson**            represented by **Peter E. Borkon**
Schubert & Reed LLP
Two Embarcadero Center
Suite 1660
San Francisco, CA 94111

Fax: 415-788-0161
Email: pborkon@schubert-reed.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Lawrence Lang**                    represented by   **Mario Nunzio Alioto**
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
415-563-7200
Fax: 415-346-0679
Email: malioto@tatp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2005 | 1 | CLASS ACTION COMPLAINT & Jury Trial Demanded - [Summons Issued] against Intel Corporation, [Filing Fee: $250.00, Receipt Number 3373829]. Filed by Plaintiffs Dana F. Thibedeau & David E. Lipton. (tn, COURT STAFF) (Filed on 6/29/2005) Additional attachment(s) added on 8/2/2005 (gba, COURT STAFF). (Entered: 06/30/2005) |
| 06/29/2005 | | SUMMONS Issued as to Intel Corporation. (tn, COURT STAFF) (Entered: 06/30/2005) |
| 06/29/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 10/25/2005 & Initial Case Management Conference set for 11/1/2005 10:00 AM. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 6/29/2005) (Entered: 06/30/2005) |
| 06/29/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 06/30/2005) |
| 07/05/2005 | 3 | Declination to Proceed Before a U.S. Magistrate Judge by Dana F. Thibedeau, David E. Lipton. (Keller, Jeffrey) (Filed on 7/5/2005) (Entered: 07/05/2005) |
| 07/05/2005 | 4 | CERTIFICATE OF SERVICE by Dana F. Thibedeau, David E. Lipton re 3 Declination to Proceed Before a U.S. Magistrate Judge *on Intel Corporation* (Keller, Jeffrey) (Filed on 7/5/2005) (Entered: 07/05/2005) |
| 07/05/2005 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (lh, COURT STAFF) (Filed on 7/5/2005) (Entered: 07/05/2005) |
| 07/06/2005 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Marilyn H. Patel for all further proceedings. Judge Elizabeth D. Laporte no longer assigned to case. Signed by Executive Committee on 7/6/05. (as, COURT STAFF) (Filed on 7/6/2005) (Entered: 07/06/2005) |
| 07/07/2005 | 7 | CLERK'S NOTICE: Case Management Conference set for 10/31/2005 04:00 PM before the Honorable Marilyn Hall Patel; Case Management Statement due by 10/21/2005. (awb, COURT-STAFF) (Filed on 7/7/2005) (Entered: 07/07/2005) |
| 07/07/2005 | 8 | MOTION to Related Case *[Administrative Motion to Consider Whether Cases Should Be Related]* filed by Michael Brauch, Andrew Meimes. (Lehmann, Michael) (Filed on 7/7/2005) (Entered: 07/07/2005) |
| 07/07/2005 | 9 | Declaration of Michael P. Lehmann in Support of 8 MOTION to Related Case *[Administrative Motion to Consider Whether Cases Should Be Related]* filed byMichael Brauch, Andrew Meimes. (Related document(s)8) (Lehmann, Michael) (Filed on 7/7/2005) (Entered: 07/07/2005) |
| 07/07/2005 | 10 | Proposed Order re 8 MOTION to Related Case *[Administrative Motion to Consider Whether Cases Should Be Related]* by Michael Brauch, Andrew Meimes. (Lehmann, |

| | | |
|---|---|---|
| 07/07/2005 | 11 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 10 Proposed Order, 8 MOTION to Related Case *[Administrative Motion to Consider Whether Cases Should Be Related]*, 9 Declaration in Support, (Lehmann, Michael) (Filed on 7/7/2005) (Entered: 07/07/2005) |
| 07/14/2005 | 12 | MOTION to Related Case filed by Benjamin Allanoff. (Lehmann, Michael) (Filed on 7/14/2005) (Entered: 07/14/2005) |
| 07/14/2005 | 13 | Declaration of Michael P. Lehmann in Support of 12 MOTION to Related Case filed byBenjamin Allanoff. (Related document(s)12) (Lehmann, Michael) (Filed on 7/14/2005) (Entered: 07/14/2005) |
| 07/14/2005 | 14 | Proposed Order re 12 MOTION to Related Case by Benjamin Allanoff. (Lehmann, Michael) (Filed on 7/14/2005) (Entered: 07/14/2005) |
| 07/20/2005 | 15 | STIPULATION re 1 Complaint *and [Proposed] Order to Continue Filing Date for Defendant's Response to Plaintiffs' Complaint* by Intel Corporation. (Greenwald, Julie) (Filed on 7/20/2005) (Entered: 07/20/2005) |
| 07/21/2005 | 16 | MOTION to Related Case filed by Patrick J. Hewson. (Borkon, Peter) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/21/2005 | 17 | Declaration of Peter Borkon in Support of 16 MOTION to Related Case filed byPatrick J. Hewson. (Related document(s)16) (Borkon, Peter) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/21/2005 | 18 | Proposed Order re 16 MOTION to Related Case by Patrick J. Hewson. (Borkon, Peter) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/21/2005 | 19 | CERTIFICATE OF SERVICE by Patrick J. Hewson re 16 MOTION to Related Case (Borkon, Peter) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/21/2005 | 20 | MOTION to Related Case filed by David E. Lipton. (Keller, Jeffrey) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/21/2005 | 21 | CERTIFICATE OF SERVICE by David E. Lipton re 20 MOTION to Related Case (Keller, Jeffrey) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/22/2005 | 22 | MOTION to Related Case filed by Lawrence Lang. (Attachments: # 1 Signature Page (Declarations/Stipulations) Declaration of Mario N. Alioto# 2)(Alioto, Mario) (Filed on 7/22/2005) (Entered: 07/22/2005) |
| 07/26/2005 | 23 | STIPULATION AND ORDER extending time for defendants to file a responsive pleading;. (awb, COURT-STAFF) (Filed on 7/26/2005) (Entered: 07/26/2005) |
| 07/27/2005 | 24 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to this action; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 25 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 08/05/2005 | 26 | AFFIDAVIT of Service for Complaint, Summons, Civil Cover Sheet, Order Setting CMC, Welcome Sheet, ECF Info Handout served on Intel (C.T. Corporation System as agent) on July 20, 2005, filed by David E. Lipton. (Keller, Jeffrey) (Filed on 8/5/2005) (Entered: 08/05/2005) |
| 08/16/2005 | 27 | ORDER RELATING C 05-3197 BZ to this action; Signed by Judge Marilyn Hall Patel on |

| | | |
|---|---|---|
| | | 8/12/2005. (awb, COURT-STAFF) (Filed on 8/16/2005) (Entered: 08/16/2005) |
| 08/26/2005 | 28 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 09/26/2005 | 29 | MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED filed by Intel Corporation. (Fuyuno, Joy) (Filed on 9/26/2005) (Entered: 09/26/2005) |
| 09/27/2005 | 30 | MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED filed by Intel Corporation. (Fuyuno, Joy) (Filed on 9/27/2005) (Entered: 09/27/2005) |
| 09/29/2005 | 31 | ORDER re 29 RELATING C 05-3271 EMC, C 05-3272 JL, C 05-3273 EMC, AND C 05-3277 EDL to this action; Signed by Judge Marilyn Hall Patel on 9/26/2005. (awb, COURT-STAFF) (Filed on 9/29/2005) (Entered: 09/29/2005) |
| 10/04/2005 | 32 | ORDER RELATING C 05-3094 JSW to this action; Signed by Judge Marilyn Hall Patel on 10/4/2005. (awb, COURT-STAFF) (Filed on 10/4/2005) (Entered: 10/04/2005) |
| 10/20/2005 | 33 | Proposed Order *Stipulation and Proposed Order (staying all deadlines pending MDL decision)* by Dana F. Thibedeau, David E. Lipton. (Keller, Jeffrey) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/24/2005 | 34 | STIPULATION AND ORDER vacating Case Management Conference date, to be reset if necessary upon resolution of MDL determination; Signed by Judge Marilyn Hall Patel on 10/24/2005. (awb, COURT-STAFF) (Filed on 10/24/2005) (Entered: 10/24/2005) |
| 11/08/2005 | 35 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 36 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 12/17/2005 | 37 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC-District of Delaware (In Re Intel Corporation, Inc. Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| 01/10/2006 | 38 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) Additional attachment(s) added on 1/10/2006 (gba, COURT STAFF). (Entered: 01/10/2006) |

**PACER Service Center**

**Transaction Receipt**

01/12/2006 05:36:12

| PACER Login: | ud0037 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:05-cv-02669-MHP |
| Billable Pages: | 4 | Cost: | 0.32 |