1 | JEFFREY F. KELLER (Bar #148005)
  | LAW OFFICES OF JEFFREY F. KELLER
2 | 425 Second Street, Suite 500
  | San Francisco, CA  94107
3 | Telephone:  (415) 543-1305
  | Facsimile:  (415) 543-7861
4 |
5 | Attorneys for Plaintiff
6 | [Additional Counsel Listed on Signature Page]
7 |
8 |
9 | **IN THE UNITED STATES DISTRICT COURT**
  |
10 | **NORTHERN DISTRICT OF CALIFORNIA**
  |
11 | **SAN FRANCISCO DIVISION**
12 |

|  |  |
|---|---|
| DAVID E. LIPTON, DANA F. THIBEDEAU, individually and on behalf of all others similarly situated, | Case No.  C-05-2669 |
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| v. | Date Filed: June 29, 2005 |
| INTEL CORPORATION, a Delaware corporation, | Trial Date: Not Set |
| Defendants. | |

TO:     THE COURT AND ALL PARTIES OF RECORD

   Pursuant to Civ. Local Rule 3-12, plaintiffs David E. Lipton and Dana F. Thibedeau ("Plaintiffs") hereby give notice of the following related actions now pending in the Northern District:

1. *Ronald Konieczka et al., v. Intel Corp.*, Case No. C-05-2700, filed in the United States District Court for the Northern District of California on June 30, 2005, and assigned to the Hon. Marilyn Hall Patel.

2. *Maria I. Prohias et al., v. Intel Corp.*, Case No. C-05-2699, filed in the United States District Court for the Northern District of California on June 30, 2005 and assigned to the Hon. James Larson.

3. *Steven J. Hamilton et al. v. Intel Corp.*, Case No. C-05-2721, filed in the United States District Court for the Northern District of California on July 1, 2005 and assigned to the Hon. Joseph C. Spero.

Notice of Related Case

4. *Patricia M. Niehaus et al. v. Intel Corp.*, Case No. C-05-2720, filed in the United States District Court for the Northern District of California on July 1, 2005 and assigned to the Hon. Joseph C. Spero.

5. *Michael Brauch et al. v. Intel Corp.*, Case No. C-05-2743, filed in the United States District Court for the Northern District of California on July 5, 2005 and assigned to the Hon. Bernard Zimmerman.

6. *Susan Baxley et al. v. Intel Corp.*, Case No. C-05-2758, filed in the United States District Court for the Northern District of California on July 6, 2005 and assigned to the Hon. Edward M. Chen.

7. *Justin Frazier et al. v. Intel Corp.*, Case No. C-05-2813, filed in the United States District Court for the Northern District of California on July 11, 2005 and assigned to the Hon. James Larson.

8. *Dwight E. Dickerson et al. v. Intel Corp.*, Case No. C-05-2818, filed in the United States District Court for the Northern District of California on July 11, 2005 and assigned to the Hon. James Larson.

9. *Major League Softball, Inc., et al. v. Intel Corp.*, Case No. C-05-2831, filed in the United States District Court for the Northern District of California on July 12, 2005 and assigned to the Hon. Elizabeth D. Laporte.

10. *Shanghai 1930 Restaurant Partners, L.P., et al. v. Intel Corp.*, Case No. C-05-2830, filed in the United States District Court for the Northern District of California on July 12, 2005 and assigned to the Hon. Elizabeth D. Laporte.

11. *Benjamin Allanoff et al. v. Intel Corp.*, Case No. C-05-2834, filed in the United States District Court for the Northern District of California on July 12, 2005 and assigned to the Hon. Maxine M. Chesney.

12. *Lazio Family Products et al. v. Intel Corp.*, Case No. C-05-2859, filed in the United States District Court for the Northern District of California on July 13, 2005. Not assigned to a judge as of the date of this filing.

13. *Law Offices of Laurel Stanley v. Intel Corp.*, Case No. C-05-2858, filed in the United States District Court for the Northern District of California on July 13, 2005, and assigned to the Hon. Elizabeth D. Laporte.

14. *Peter Jon Naigow et al., v. Intel Corp.*, Case No. C-05-2898, filed in the United States District Court for the Northern District of California on July 15, 2005, and assigned to the Hon. Joseph C. Spero.

15. *Walker et al., v. Intel Corp.*, Case No. C-05-2882, filed in the United States District Court for the Northern District of California on July 14, 2005, and assigned to the Hon. Maria-Elena James.

16. *Kevin Stoltz et al., v. Intel Corp.*, Case No. C-05-2897, filed in the United States District Court for the Northern District of California on July 15, 2005, and assigned to the Hon. Elizabeth D. Laporte.

The above actions appear to arise from the same or substantially identical transactions,

happenings or events, and call for determinations of the same or substantially identical questions

1    of law and fact.  These actions are all alleged as class actions and assert claims for alleged

2    violations antitrust and unfair business practice laws.

3            WHEREFORE, plaintiff requests:

4    1.      That the above actions be assigned to Judge Marilyn Hall Patel, the Judge assigned to

5    the low-numbered action, *Lipton et al. v. Intel Corp.*; and

6    2.      That all subsequent related actions be assigned to Judge Marilyn Hall Patel.

7    Date:   July 21, 2005

8                                            LAW OFFICES OF JEFFREY F. KELLER

9                                            By_____
                                                  JEFFREY F. KELLER

10
                                             JEFFREY F. KELLER  (Bar No. 148005)
11                                           425 Second Street, Suite 500
                                             San Francisco, CA 94107
12                                           Telephone: (415) 543-1305
                                             Facsimile: (415) 543-7861
13
                                             LEE M. GORDON (SBN 174168)
14                                           ELAINE T. BYSZEWSKI (SBN 222304)
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
15                                           700 South Flower Street, Suite 2940
                                             Los Angeles, CA  90017-4101
16                                           Telephone:  (213) 330-7150
                                             Facsimile:  (213) 330-7152
17
                                                        -and-
18
                                             STEVE W. BERMAN (WSBA No. 12536)
19                                           ANTHONY D. SHAPIRO (WSBA No. 12824)
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
20                                           1301 Fifth Avenue, Suite 2900
                                             Seattle, WA  98101
21                                           Telephone: (206) 623-7292
                                             Facsimile: (206) 623-0594
22
23                                           **Attorneys for Plaintiff**

24

25

26

27

28

Notice of Related Case                       3