IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. LIPTON, DANA F. THIBEDEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. C-05-2669<br><br>**PROOF OF SERVICE**<br><br>Date Filed: June 29, 2005<br>Trial Date: Not Set |

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action; my business address is 425 Second Street, Suite 500 San Francisco, CA 94612, in said County and State, I served: **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** by placing a true copy thereof in an envelope addressed to each of the persons named in Attachment A.

MANNER OF SERVICE:

XX  (BY MAIL) I placed a true copy in a sealed envelope addressed as indicated above this date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of affidavit.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 21, 2005, at San Francisco, California.

_____
Matt Talbot

Proof of Service

**Proof of Service**
Attachment A

Intel Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Richard A. Ripley
Joy Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
**Counsel for Defendant Intel Corporation**

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
**Counsel for Plaintiffs in** *Lipton, Konieczka, Prohias, Hamilton* **and** *Niehaus* **Actions**

Lee M. Gordon
Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
**Counsel for Plaintiffs in** *Lipton, Konieczka, Prohias, Hwnilton* **and** *Niehaus* **Actions**

Jeffrey S. Goldenberg
John C. Murdock
Murdock Goldenberg Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
**Counsel for Plaintiffs in** *Konieczka* **and** *Niehaus* **Actions**

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
**Counsel for Plaintiffs in** *Brauch, Lazio Family Products, Stanley and Cronin* **Actions**

Proof of Service
Attachment A                         1

Mark Reinhardt
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
**Counsel for Plaintiff in *Baxley* Action**


Michele C. Jackson
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
**Counsel for Plaintiffs in *Frazier* Action**

Lance A. Harke
Howard M. Bushman
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
**Counsel for Plaintiff in *Prohias* Action**


Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
**Counsel for Plaintiffs in *Brauch, Lazio Family Products, Stanley and Cronin* Actions**

Eric J. Belfi
Murray Frank & Sailer, LLP
275 Madison Avenue
New York, NY 10016
**Counsel for Plaintiff in *Baxley* Action**

David S. Stellings
Jennifer Gross
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
**Counsel for Plaintiffs in *Frazier* Action**

Spencer Hosie
Bruce J. Wecker
Hosie McArthur LLP
One Market
Spear Street Tower, #2200
San Francisco, CA 94105
**Counsel for Plaintiff in *Dickerson* Action**

Randy R. Renick
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Counsel for Plaintiffs in ***Harmnan Press, Shanghai 1930 Restaurant Partners,* and *Major League Softball* Actions**

Steven Greenfogel
Meredith Cohen Greenfogel & Skirnick, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
**Counsel for Plaintiff in *Allanoff* Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
**Counsel for Plaintiffs in *Harman Press, Shanghai 1930 Restaurant Partners,* and *Major League Softball* Actions**

Scott R. Ames
Serratore Ames LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
**Counsel for Plaintiff in *Major League Softball* Action**

Steven Benz
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone:(617) 371-1072
Facsimile:(617) 371-1037
**Counsel for Plaintiff in *Law Offices of Laurel Stanley***