MARIO N. ALIOTO, ESQ. (SB# 56433)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Joseph M. Patane (SB# 72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. LIPTON, et al., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware Corporation, et al.<br><br>Defendants. | Case No. C:05-2669 (MHP)<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Local Rule 3-12(b), plaintiff Lawrence Lang, plaintiff in *Lang v. Intel Corp.*, No. C:05-2957 (MEJ) (N.D. Cal., filed July 20, 2005) ("*Lang*") hereby notifies the Court and all counsel of their belief that the following are "related cases" within the meaning of Local Rule 3-12(a): (1) *Lang*; (2) *Brauch v. Intel Corp.*, No. C:05-2743 (BZ) (N.D. Cal., filed July 5, 2005) ("*Brauch*"); (3) *Konieczka v. Intel Corp.*, No. C:05-2700 (MHP) (N.D. Cal., filed June 30, 2005) ("*Konieczka*"); (4) *Prohias v. Intel Corp.*, No. C:05-2699 (JL) (N.D. Cal., filed June 30, 2005) ("*Prohias*"); (5) *Niehaus v. Intel Corp.*, No. C:05-2720 (JCS) (N.D. Cal., filed July 1, 2005) ("*Niehaus*"); (6) *Hamilton v. Intel Corp.*, No. C:05-2721 (JCS) (N.D. Cal., filed July 1, 2005)

**1**
**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1  ("*Hamilton*"); (7) *Baxley v. Intel Corp.,* No. C:05-2758 (EMC) (N.D. Cal., filed July 6, 2005)
2  ("*Baxley*"); (8) *Lipton v. Intel Corp.,* No. C:05-2669 (MHP) (N.D. Cal., filed June 29, 2005)
3  ("*Lipton*"); (9) *Frazier v. Intel Corp.,* No. C:05-2813 (JL) (N.D. Cal., filed July 11, 2005)
4  ("*Frazier*"); (10) *Dickerson v. Intel Corp.,* No. C:05-2818 (JL) (N.D. Cal., filed July 11, 2005)
5  ("*Dickerson*"); (11) *The Harman Press v. Intel Corp.,* No. C:05-2823 (EDL) (N.D. Cal., filed
6  July 11, 2005) ("*Harman*"); (12) *Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp.,* No.
7  C:05-2830 (EDL) (N.D. Cal., filed July 12, 2005) ("*Shanghai*"); (13) *Major League Softball, Inc.*
8  *v. Intel Corp.,* No. C:05-2831 (EDL) (N.D. Cal., filed July 12, 2005) ("*MLS*"); (14) *Allanoff v.*
9  *Intel Corp.,* No. C:05-2834 (MHP) (N.D. Cal., filed July 12, 2005) ("*Allanoff*"); (15) *Law Offices*
10 *of Laurel Stanley v. Intel Corp.,* No. C:05-2858 (EDL) (N.D. Cal., filed July 13, 2005)
11 ("*Stanley*"); (16) *Lazio Family Products v. Intel Corp.,* C:05-2859 (WHA) (N.D. Cal., filed July
12 13, 2005) ("*Lazio*"); (17) *Walker v. Intel Corp.,* No. C:05-2882 (MEJ) (N.D. Cal., filed July 14,
13 2005) ("*Walker*"); and (18) *Stoltz v. Intel Corp.,* No. C:05-2897 (EDL) (N.D. Cal., filed July 15,
14 2005) ("*Stoltz*").

15       This administrative motion is made on the grounds that the plaintiffs in *Brauch,*
16 *Konieczka, Prohias, Niehaus, Hamilton, Baxley, Lipton, Frazier, Dickerson, Harman, Shanghai,*
17 *MLS, Allanoff, Stanley, Lazio, Walker, Stoltz* and *Lang* filed substantially similar class action
18 complaints against the same defendant, Intel Corporation ("Intel"), and allege essentially the
19 same antitrust conduct. Relating these eighteen cases pursuant to Local Rule 3-12 will advance
20 the convenience of the parties, witnesses and counsel, will avoid the risk of duplicative or
21 inconsistent rulings, orders and judgments and will serve the interests of justice.

22       Based on the foregoing, the undersigned respectfully request the assignment of these
23 actions to a single judge.

24 Dated: July 22, 2005        By:    */s/ Mario N. Alioto*
25                                                          Mario N. Alioto (SB# 56433)
26                                                          TRUMP, ALIOTO, TRUMP & PRESCOTT
                                                         2280 Union Street
27                                                          San Francisco, CA 94123
                                                         Telephone: (415) 563-7200
28                                                          Facsimile: (415) 346-0679

1  Joseph M. Patane (SB# 72202)
2  LAW OFFICES OF JOSEPH M. PATANE
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679

5  Attorneys for Plaintiff

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**3**
**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**