MARIO N. ALIOTO, ESQ. (SB# 56433)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Joseph M. Patane (SB# 72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. LIPTON, et al., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware Corporation, et al.<br><br>Defendants. | Case No. C:05-2669 (MHP)<br><br>**DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1.  I am counsel of record for plaintiff Lawrence Lang in the case of *Lang. v. Intel Corp.,* No. C:05- 2957 (MEJ) (N.D. Cal., filed July 20, 2005) ("*Lang*").

2.  I submit this declaration pursuant to Civ. Local Rule 7-11(a) in support of the *Lang* plaintiff's motion to have the *Lang* case and the cases of *Brauch v. Intel Corp.,* No. C:05-2743 (BZ) (N.D. Cal., filed July 5, 2005) ("*Brauch*"); *Konieczka v. Intel Corp.,* No. C:05-2700 (MHP) (N.D. Cal., filed June 30, 2005) ("*Konieczka*"); *Prohias v. Intel Corp.,* No. C:05-2699 (JL) (N.D. Cal., filed June 30, 2005) ("*Prohias*"); *Niehaus v. Intel Corp.,* No. C:05-2720 (JCS) (N.D. Cal., filed July 1, 2005) ("*Niehaus*"); *Hamilton v. Intel Corp.,* No. C:05-2721 (JCS) (N.D.

**1**
**DECLARATION OF MARIO N. ALIOTO ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1  Cal., filed July 1, 2005) ("*Hamilton*"); *Baxley v. Intel Corp.,* No. C:05-2758 (EMC) (N.D. Cal.,
2  filed July 6, 2005) ("*Baxley*"); *Lipton v. Intel Corp.,* No. C:05-2669 (MHP) (N.D. Cal., filed June
3  29, 2005) ("*Lipton*"); *Frazier v. Intel Corp.,* No. C:05-2813 (JL) (N.D.Cal., filed July 11, 2005)
4  ("*Frazier*"); *Dickerson v. Intel Corp.,* No. C:05-2818 (JL) (N.D. Cal., filed July 11, 2005)
5  ("*Dickerson*"); *The Harman Press v. Intel Corp.,* No. C:05-2823 (EDL) (N.D. Cal., filed July 11,
6  2005) ("*Harman*"); *Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp.,* No. C:05-2830
7  (EDL) (N.D. Cal., filed July 12, 2005) ("*Shanghai*"); *Major League Softball, Inc. v. Intel Corp.,*
8  No. C:05-2831 (EDL) (N.D. Cal., filed July 12, 2005) ("*MLS*"); *Allanoff v. Intel Corp.,* No. C:05-
9  2834 (MHP) (N.D. Cal., filed July 12, 2005) ("*Allanoff*"); *Law Offices of Laurel Stanley v. Intel*
10 *Corp.,* No. C:05-2858 (EDL) (N.D. Cal., filed July 13, 2005) ("*Stanley*"); *Lazio Family Products*
11 *v. Intel Corp.,* C:05-2859 (WHA) (N.D. Cal., filed July 13, 2005) ("*Lazio*"); *Walker v. Intel*
12 *Corp.,* No. C:05-2882 (MEJ) (N.D. Cal., filed July 14, 2005) ("*Walker*"); and *Stoltz v. Intel*
13 *Corp.,* No. C:05-2897 (EDL) (N.D. Cal., filed July 15, 2005) ("*Stoltz*") treated as related cases
14 within the meaning of Civ. Local Rule 3-12(a).

15     3. Several of the above cases have also filed Administrative motions pursuant to
16 Civ. Local Rule 3-12(a).

17     I declare under penalty of perjury under the laws of the United States and the laws of the
18 State of California that the foregoing is true and correct.

19     Executed this 22nd day of July, 2005, in San Francisco, California.

*/s/ Mario N. Alioto*
Mario N. Alioto (SB# 56433)
TRUMP, ALIOTO, TRUMP & PRESCOTT
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff

**2**
**DECLARATION OF MARIO N. ALIOTO ISO MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED**