MARIO N. ALIOTO, ESQ. (SB# 56433)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Joseph M. Patane (SB# 72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID E. LIPTON, et al., on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br> INTEL CORPORATION, a Delaware Corporation, et al. <br><br> Defendants. | Case No. C:05-2669 (MHP) <br><br> **PROOF OF SERVICE** |

**1**
**PROOF OF SERVICE**

# PROOF OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a part to the within action; and that I am employed by Trump, Alioto, Trump & Prescott, LLP, 2280 Union Street, San Francisco, California 94123. I hereby certify that on the date set out below, copies of the following documents were filed electronically:

1. **MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED.**

2. **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED.**

Notice of this filing will be sent to the following parties by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
steve@hbbsslaw.com

Michael P. Lehmann
The Furth Firm, LLP
mplehmann@furth.com

Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
Elaine@hagens-berman.com

Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
kscanlan@jfkellerlaw.com

Julie Greenwald
Bingham McCutchen LLP
Julie.greenwald@bingham.com

Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
tony@hbsslaw.com

Jeffrey F. Keller
Law Offices of Jeffrey F. Keller
jkeller@jfkellerlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 nd day of July, 2005 in San Francisco, California.

/s/ *Lauren C. Russell*