Bingham McCutchen LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. LIPTON and DANA F. THIBEDEAU, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>        Defendant. | No. C 05 2669 MHP<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

PLAINTIFF(S) IN THIS ACTION:

        PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett

and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San

Francisco, CA 94111, members of the State Bar of California admitted to practice before this

Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation.  In

addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800,

Washington, DC  20036, member of the Bar of the District of Columbia and the State Bar of

/ / /

1  Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant
2  Intel Corporation.
3  DATED:  July 28, 2005

Bingham McCutchen LLP

By:  /s/ Joy K. Fuyuno
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation