NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JEFFERY F. KELLER (SBN 148005)
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 296-8892


ATTORNEY(S) FOR:  Plaintiff

---

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---

| DAVID E. LIPTON and DANA F. THIBEDEAU | CASE NUMBER |
|---|---|
| Plaintiff, | C05-02669 EDL |
| V. | |
| INTEL CORPORATION | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

        Served          :  INTEL CORPORATION

        By serving       :  Gerome Jones, Authorized Agent

        Address          :  C.T. Corporation System
                            818 W. 7th Street
                            Los Angeles, CA 90017

        Date of Service  :  July 20, 2005

        Time of Service  :  2:15 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 20, 2005

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Los Angeles
Number 140

Signature: _____

                                      PAUL NAGLE

172459