FILED

SEP 29 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1                            [PROPOSED] **RELATED CASE ORDER**

2

3        A Motion for Administrative Relief to Consider Whether Cases Should be

Related (Civil L.R. 3-12) has been filed. As the judge assigned to the above-captioned case, I

4

find that the more recently filed case(s) that I have initialed below are related to the case

5

assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not

6

related to the case assigned to me are referred to the judge assigned to the next-earliest filed case

7

for a related case determination.

8
    C 05-2669 MHP         David E. Lipton et al -v- Intel Corporation

9
    C-05-3271 EMC       Jose Juan, et al. v. Intel Corporation
10
                                  I find that the above case is related to the case assigned to me.
11
    C-05-3272 JL           Dressed to Kill Custom Draperies, LLC, et al. v. Intel Corporation
12
                                  I find that the above case is related to the case assigned to me.
13
    C-05-3273 EMC       Tracy Kinder, et al. v. Intel Corporation
14
                                  I find that the above case is related to the case assigned to me.
15
    C-05-3277 EDL        Edward Rush, et al. v. Intel Corporation
16
                                  I find that the above case is related to the case assigned to me.
17

18

19                                             [PROPOSED] **ORDER**

20        Counsel are instructed that all future filings in any reassigned case are to bear the

21
initials of the newly assigned judge immediately after the case number. Any case management

22
conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the

23
dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.

24
Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-

25
noticed by the moving party before the newly assigned judge; any deadlines set by the ADR

26

                                                            3                                             Case No. 05-2669

1  Local Rules remain in effect; and any deadlines established in a case management order continue
2  to govern, except dates for appearance in court, which will be rescheduled by the newly assigned
3  judge.
4  DATED: 9/26, 2005
5
6                                                                            Honorable Marilyn H. Patel
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26