1  JEFFREY F. KELLER (148005)
   JADE BUTMAN (235920)
2  KELLER GROVER LLP
   425 Second Street, Suite 500
3  San Francisco, CA 94107
   Telephone: (415) 543-1305
4  Facsimile: (415) 543-7861

5  Attorneys for Plaintiffs
   David E. Lipton and Dana F. Thibedeau
6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                       **NORTHERN DISTRICT OF CALIFORNIA**

9                             **SAN FRANCISCO DIVISION**

10 DAVID E. LIPTON, DANA F.                  ) Case No. C 05-2669 (MHP)
   THIBEDEAU, individually and on behalf of  )
11 all others similarly situated,            )
                                             ) **STIPULATION AND [PROPOSED]**
12                Plaintiffs,                ) **ORDER TO STAY THE CASE**
                                             ) **MANAGEMENT CONFERENCE AND**
13       v.                                  ) **RELATED DEADLINES PENDING THE**
                                             ) **OUTCOME OF THE MOTION TO**
14 INTEL CORPORATION, a Delaware             ) **TRANSFER AND COORDINATE OR**
   Corporation,                              ) **CONSOLIDATE PURSUANT TO**
15                                           ) **28 U.S.C. § 1407**
                  Defendant.                 )
16 ─────────────────────────────────────────

17

18        WHEREAS, on June 29, 2005, Plaintiffs filed the instant action in the Northern

19 District of California ("Lipton Action");

20        WHEREAS, on July 7, 2005, by Clerk's Notice, the Lipton Action was

21 reassigned from Magistrate Judge Elizabeth D. Laporte to District Judge Marilyn Hall Patel, all

22 pending hearing dates were thus vacated, and a case management conference was scheduled for

23 Monday, October 31, 2005, at 4:00 p.m.;

24        WHEREAS, on or about July 11, 2005, the plaintiffs in Brauch, et al. v. Intel

25 Corp., No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

26 Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

27

28                                           1

pre-trial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Motion"), and the Lipton Action has been identified as a related action to that motion;

WHEREAS, to date, a decision has not been rendered on the MDL Motion;

WHEREAS, the outcome of the MDL Motion will impact significantly the schedule of this case;

THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, by and among counsel for Plaintiffs Lipton and Thibedeau, and counsel for Defendant Intel Corporation, that the case management conference currently scheduled for Monday, October 31, 2005, should be stayed pending the outcome of the MDL Motion;

IT IS FURTHER STIPULATED by the aforementioned parties that any events, dates or deadlines set by the ADR Local Rules or Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case should likewise be stayed pending the outcome of the aforementioned MDL Motion; and

IT IS FURTHER STIPULATED by the aforementioned parties that if a case management conference is rescheduled by the Court, the parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.

IT IS HEREBY STIPULATED.

Dated: October 20, 2005

                          Keller Grover LLP

                          By:   /s/ Jeffrey F. Keller

                                JEFFREY F. KELLER

                          Attorneys for Plaintiffs
                          Lipton and Thibedeau

Bingham McCutchen LLP

By: /s/ Joy Fuyuno

JOY K. FUYUNO

Attorneys for Defendant
Intel Corporation

# [PROPOSED] ORDER TO STAY THE
# CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

The case management conference currently scheduled for Monday, October 31, 2005, is hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion"). Any deadlines set by the ADR Local Rules or Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are likewise stayed pending the outcome of the aforementioned motion.

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.

**IT IS SO ORDERED.**

Date: _____     _____
                                   Honorable Marilyn H. Patel
                                   United States District Court Judge