FILED
OCT 2 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY F. KELLER (148005)
JADE BUTMAN (235920)
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiffs
David E. Lipton and Dana F. Thibedeau

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. LIPTON, DANA F. THIBEDEAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C 05-2669 (MHP)<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |

WHEREAS, on June 29, 2005, Plaintiffs filed the instant action in the Northern District of California ("Lipton Action");

WHEREAS, on July 7, 2005, by Clerk's Notice, the Lipton Action was reassigned from Magistrate Judge Elizabeth D. Laporte to District Judge Marilyn Hall Patel, all pending hearing dates were thus vacated, and a case management conference was scheduled for Monday, October 31, 2005, at 4:00 p.m.;

WHEREAS, on or about July 11, 2005, the plaintiffs in <u>Brauch, et al. v. Intel Corp.</u>, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

1

1  pre-trial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Motion"), and the Lipton Action has
2  been identified as a related action to that motion;
3        WHEREAS, to date, a decision has not been rendered on the MDL Motion;
4        WHEREAS, the outcome of the MDL Motion will impact significantly the
5  schedule of this case;
6        THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
7  by and among counsel for Plaintiffs Lipton and Thibedeau, and counsel for Defendant Intel
8  Corporation, that the case management conference currently scheduled for Monday, October 31,
9  2005, should be stayed pending the outcome of the MDL Motion;
10       IT IS FURTHER STIPULATED by the aforementioned parties that any events,
11 dates or deadlines set by the ADR Local Rules or Federal Rules of Civil Procedure 16 and 26,
12 and any deadlines established in any case management order applicable to this case should
13 likewise be stayed pending the outcome of the aforementioned MDL Motion; and
14       IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15 management conference is rescheduled by the Court, the parties shall adjust the dates for the
16 conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26
17 accordingly.

IT IS HEREBY STIPULATED.

Dated: October 20, 2005

                Keller Grover LLP

                By:   /s/ Jeffrey F. Keller

                    JEFFREY F. KELLER

                Attorneys for Plaintiffs
                Lipton and Thibedeau

Bingham McCutchen LLP

By: /s/ Joy Fuyuno

JOY K. FUYUNO

Attorneys for Defendant
Intel Corporation

# [PROPOSED] ORDER TO STAY THE
## CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

The case management conference currently scheduled for Monday, October 31, 2005, is hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion"). Any deadlines set by the ADR Local Rules or Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are likewise stayed pending the outcome of the aforementioned motion.

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.

*The parties shall notify the Clerk of Court within 10 days of the MDL decision.*

IT IS SO ORDERED.

Date: 10/24/05

Honorable Marilyn H. Patel
United States District Court Judge

3