

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE
### ELECTRONIC FILING REGISTRATION FORM

#### *FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL)*
#### *CASES WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions:   Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, shall register for ECF on a case-by-case basis. Submit an original signed registration form to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

#### WEBSITE: WWW.DED.USCOURTS.GOV

##### (Please Print or Type all information)

CASE
CAPTION.
                                    v.                                  DIST. OF DE
                                                                        MDL CA #

Internet E-Mail Address:

Last Name:_____    Generation: (e.g., Jr., Sr.) _____

First Name:_____      Middle Initial:_____

Firm's Name: _____

Address:_____

City: _____    State: _____    Zip Code: _____

Do you have a PACER Account (required)?   ☐ Yes ☐ No

Phone No.: _____    FAX No.: _____

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____              _____
          Signature                                    Date

| Submit completed registration form to: | **COURT USE ONLY**    (ECF MDL Atty Reg Form - Rev 3/05) |
|---|---|
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801<br><br>(302) 573-6170 | DATE REGISTRATION FORM RECEIVED _____<br><br>USER ID: _____ PASSWORD: _____<br><br>DATE ISSUED: _____ BY: _____ |